**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff, )<br>v. )<br>GERARD MARCHELLETTA, JR., )<br>a/k/a Jerry Marchelletta, Jr., )<br>GERARD MARCHELLETTA, SR., )<br>a/k/d Jerry Marchelletta, Sr. )<br>and THERESA L. KOTTWITZ, )<br>Defendants. ) | Case No.  1:07-CR-107-TCB |

## MOTION TO WITHDRAW

The undersigned, Ward Meythaler, moves the court to withdraw as one of the attorneys for Theresa Kottwitz.  Ms. Kottwitz has requested the undersigned to withdraw.  She remains represented in this matter by the attorney who originally tried this case.

WHEREFORE, Ward Meythaler moves the court to withdraw as attorney for Theresa Kottwitz.

Respectfully submitted,

S\Ward A. Meythaler
Florida Bar No: 0832723
Merkle Magri & Meythaler, P.A.
5415 Mariner Street, Suite 103
Tampa, FL 33609-3413
Tel: (813) 281-9000
Fax: (813) 281-2223
wamsecy@merklemagri.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on April 28, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Justin S. Anand, Asst. U.S. Attorney
justin.anand@usdoj.gov

Robert G. Bernhoft
rgbernhoft@bernhoftlaw.com

Wilmer Parker
parker@mjplaywers.com

Jerome J. Froelich
JFroelich@mckfroeatlaw.com

and I forwarded a copy of the foregoing by U.S. Mail to:

Theresa Kottwitz
11645 Windbrooke Way
Alpharetta, GA 30005

                                                  S/Ward A. Meythaler
                                                  Ward A. Meythaler
                                                  Florida Bar No: 0832723